**Jennie Lorene ROBINSON v. Ursa STEPHENS.**

**No. 1231.**

Circuit Court of Appeals, Tenth Circuit.
July 23, 1935.

Reed Babcock, of Fort Collins, Colo., for appellant.

Chester A. Bennett, of Fort Collins, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellee and on authority of Louisville Joint Stock Land Bank v. Radford, 295 U.S. 555, 55 S.Ct. 854, 79 L.Ed. 1593.

**Annie R. ROSEN, etc., Appellant, v. A. J. SHRAGGE, The Federal Outfitting Company, et al., Appellees.**

**No. 7761.**

Circuit Court of Appeals, Ninth Circuit.
Dec. 6, 1935.

Goldman, Liberman & Coppicman, of Los Angeles, Cal., for appellant.

Edgar C. Levey and Leon Samuels, both of San Francisco, Cal., for appellees.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.
Pursuant to stipulation of counsel for respective parties, ordered, appeal dismissed; mandate forthwith.